# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

144694

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

KRISTOPHER JAMES THOMPSON,
    Defendant-Appellant.

SC: 144694
COA: 307556
Allegan CC: 08-015734-FC

_____/

On order of the Court, the application for leave to appeal the January 10, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk

h0827